JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL SHEFFIELD, an individual<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; ALVARO ZAVALA, an individual; and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01477-RGK-SP<br><br>**ORDER [23]** |

///

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein by and against all parties, is hereby dismissed with prejudice.

DATED: 6/16/2023

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE